UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>John Breugelmans AKA Johannes Breugelmans<br><br>Debtor(s)<br><br>Plaintiff(s)<br><br>Defendant(s) | BK No.: 17-29532<br>Chapter: 7<br>Honorable A. Benjamin Goldgar<br>Lake County<br>Adv. No.: |

**ORDER ON CREDITOR'S MOTION FOR ANNULMENT AND RELIEF FROM AUTOMATIC STAY (FIRST MORTGAGE)**

This matter is before the Court on the Motion for Relief from Automatic Stay by Bank of America, N.A. (hereinafter "Movant").

The automatic stay is annuled effective October 3, 2017 to permit Creditor to confirm the judicial sale against the property described as 10 Hiddenbrook Dr, North Barrington, IL 60010 pursuant to the terms and conditions of contract and applicable nonbankruptcy law.

Pursuant to 11 U.S.C. § 362 it is ORDERED that the motion is granted. The fourteen (14) day stay of the order imposed by Bankruptcy Rule 4001(a)(3) is waived.

Enter: *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: December 15, 2017

**Prepared by:**

Todd J. Ruchman (6271827)
Keith Levy (6279243)
Sarah E. Barngrover (28840-64)
Adam B. Hall (0088234)
Edward H. Cahill (0088985)
Umair M. Malik (6304888)
Manley Deas Kochalski LLC
P.O. Box 165028