UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.: 17-29532
JOHN BREUGELMANS,  )
)  Chapter: 7
)
)  Honorable A. Benjamin Goldgar
)
)  Lake County
)
Debtor(s)  )  Adv. No.:
)
)
Plaintiff(s)  )
)
)
)
Defendant(s)  )

**ORDER FOR TURNOVER OF BOOKS AND RECORDS PURSUANT TO SECTION 521(a)(4)**

This cause coming on to be heard upon the Motion of Joseph E. Cohen, Trustee herein, by and through his Attorney, Joseph E. Cohen of COHEN & KROL, due notice having been given to all parties in interest and the Court being fully advised in the premises, NOW THEREFORE:

IT IS HEREBY ORDERED:

That the Debtor is directed to turnover to the Trustee various documents including, but not limited to, bank statements, tax returns, information regarding various business entities owned or controlled by the Debtor, copy of consulting agreements and documents relating to an audit requested by the United States Trustee by January 3, 2018.

Enter: *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: December 15, 2017

**Prepared by:**

Joseph E. Cohen
COHEN & KROL
105 W. Madison Street
Suite 1100
Chicago, IL 60602
(312) 368-0300