UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>JOHN BREUGELMANS,<br><br>Debtor(s)<br><br>Plaintiff(s)<br><br>Defendant(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 17-29532<br><br>Chapter: 7<br><br>Honorable A. Benjamin Goldgar<br><br>Lake County<br><br>Adv. No.: |

**ORDER FOR TURNOVER OF CHECKING ACCOUNT PURSUANT TO SECTION 521(a)(4)**

This cause coming on to be heard upon the Motion of Joseph E. Cohen, Trustee herein, by and through his Attorney, Joseph E. Cohen of COHEN & KROL, due notice having been given to all parties in interest and the Court being fully advised in the premises, NOW THEREFORE:

IT IS HEREBY ORDERED:

That the Debtor is to immediately turnover to the Trustee the net sum of $13,164.34 consisting of the funds contained in the Debtor's First American Bank checking account on the date of filing.

Enter: *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated:  December 15, 2017

**Prepared by:**

Joseph E. Cohen
COHEN & KROL
105 W. Madison Street
Suite 1100
Chicago, IL  60602
(312) 368-0300