UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )  BK No.: 17-29532
John Breugelmans )
 )
 )  Chapter: 7
 )  Honorable A. Benjamin Goldgar
 )
 )  Lake County
Debtor(s) )

### ORDER GRANTING RELIEF FROM AUTOMATIC STAY

This cause coming to be heard upon the Motion for Relief from Automatic Stay filed by JPMorgan Chase Bank, National Association (hereinafter referred to as "Movant"), due notice having been given to all parties entitled thereto, and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that the Automatic Stay against Movant be and the same is modified pursuant to Section 362(d) of the United States Bankruptcy Code and Movant, its successors and assignees, shall have the right to proceed with any and all proceedings in connection with the collateral described as 2014 Jaguar XKR CPE, VIN: SAJWA4DC5EMB52332 (Vehicle).

IT IS FURTHER ORDERED that the 14-day stay provision of Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is hereby waived.

Enter:

MAR 09 2018

Dated:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

**Prepared by:**
FAIQ MIHLAR (#6274089)
HEATHER M. GIANNINO (#6299848)
AMANDA J. WIESE (#6320552)
ZHIQI WU (#6324870)
CHERYL CONSIDINE (#6242779)
HEAVNER, BEYERS & MIHLAR, LLC
Attorneys at Law
P.O. Box 740
Decatur, IL 62525
Telephone: (217) 422-1719
Facsimile: (217) 422-1754

Rev: 20170105_bko