## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### CHICAGO DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BREUGELMANS, JOHN | § | Case No. 17-29532 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 10/02/2017 . The undersigned trustee was appointed on 10/02/2017 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of        $       47,014.34

     Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 372.20 |
| Bank service fees | 222.52 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 46,419.62 |

   The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was  07/30/2018  and the deadline for filing governmental claims was  07/30/2018 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 5,451.43 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 5,451.43 , for a total compensation of $ 5,451.43 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 14.03 , for total expenses of $ 14.03 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date: 09/27/2018_____      By:/s/JOSEPH E. COHEN_____
                                              Trustee



**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:    1

Exhibit A

| Case No: | 17-29532   ABG   Judge: A. BENJAMIN GOLDGAR | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | BREUGELMANS, JOHN | | Date Filed (f) or Converted (c): | 10/02/17 (f) |
| | | | 341(a) Meeting Date: | 11/09/17 |
| For Period Ending:  09/27/18 | | | Claims Bar Date: | 07/30/18 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single-family home, Valuation per Lake Co. for pr | 975,357.00 | 0.00 | | 0.00 | FA |
| 2. 2014 Jaguar XJR (LEASED AUTO. Location: 10 Hidden | 0.00 | 0.00 | | 0.00 | FA |
| 3. (Old electric golf cart. Location: 10 Hidden Brook | 350.00 | 0.00 | | 0.00 | FA |
| 4. Household goods and furnishings at replacement val | 1,500.00 | 0.00 | | 0.00 | FA |
| 5. 13 year old Sony flat screen TV. 47" Location: 10 | 50.00 | 0.00 | | 0.00 | FA |
| 6. "36 flatscreen TV. 10 years old Location: 10 Hidde | 50.00 | 0.00 | | 0.00 | FA |
| 7. Asus desktop computer with LCD monitor, keyboard, | 10.00 | 0.00 | | 0.00 | FA |
| 8. HP multifunction 8610 printer/scanner Location: 10 | 25.00 | 0.00 | | 0.00 | FA |
| 9. Treadmill. Location: 10 Hidden Brook Dr., North Ba | 25.00 | 0.00 | | 0.00 | FA |
| 10. Debtor's necessary wearing apparel Location: 10 Hi | 25.00 | 0.00 | | 0.00 | FA |
| 11. Two (2) housecats. Location: 10 Hidden Brook Dr., | 0.00 | 0.00 | | 0.00 | FA |
| 12. Cash | 20.00 | 0.00 | | 0.00 | FA |
| 13. First American BankLocation: 10 Hidden Brook Dr., | 5,500.00 | 0.00 | | 13,164.34 | FA |
| 14. RPD Project Management, LLC Location: 10 Hidden Br | 44,000.00 | 0.00 | | 33,850.00 | FA |
| 15. Lakeland Asset Management, LLC Location: 10 Hidden | 0.00 | 0.00 | | 0.00 | FA |
| 16. Kingsdale Enterprises, LLC Location: 10 Hidden Bro | 0.00 | 0.00 | | 0.00 | FA |
| 17. Aston Realty, LLC Location: 10 Hidden Brook Dr., N | 0.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $1,026,912.00          $0.00          $47,014.34          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:     2

Exhibit A

| | | | | |
|---|---|---|---|---|
| Case No: | 17-29532   ABG   Judge: A. BENJAMIN GOLDGAR | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | BREUGELMANS, JOHN | | Date Filed (f) or Converted (c): | 10/02/17 (f) |
| | | | 341(a) Meeting Date: | 11/09/17 |
| | | | Claims Bar Date: | 07/30/18 |

TRUSTEE HAS REQUESTED BOOKS AND RECORDS FROM DEBTOR AND FILING MOTION FOR TURNOVER OF FUNDS IN BANK ACCOUNT - 1/11/2018.


Initial Projected Date of Final Report (TFR): 04/30/19          Current Projected Date of Final Report (TFR): 04/30/19

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

Case No:           17-29532  -ABG
Case Name:    BREUGELMANS, JOHN

Taxpayer ID No:   *******8323
For Period Ending:  09/27/18

Trustee Name:           JOSEPH E. COHEN
Bank Name:               ASSOCIATED BANK
Account Number / CD #:     *******0479  Checking Account

Blanket Bond (per case limit):    $ 5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/22/18 | 13 | JOHN BREUGELMANS | BANK ACCOUNT PROCEEDS | 1129-000 | 13,164.34 | | 13,164.34 |
| 03/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 13,154.34 |
| 04/06/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.55 | 13,134.79 |
| 05/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.90 | 13,115.89 |
| 06/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.50 | 13,096.39 |
| 07/03/18 | | John Breugelmans | Bank proceeds from RPD Project Man. Proceeds from bank accounts | 1129-000 | 33,850.00 | | 46,946.39 |
| 07/09/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.84 | 46,927.55 |
| 08/01/18 | 300001 | Carol Raber & Associates 2131 Center Avenue Northbrook, IL 60062 | Court Reporter Court Reporter | 2990-000 | | 372.20 | 46,555.35 |
| 08/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 66.51 | 46,488.84 |
| 09/10/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 69.22 | 46,419.62 |

COLUMN TOTALS                        47,014.34        594.72        46,419.62
   Less: Bank Transfers/CD's          0.00            0.00
Subtotal                             47,014.34        594.72
   Less: Payments to Debtors                          0.00
Net                                  47,014.34        594.72

TOTAL - ALL ACCOUNTS            NET DEPOSITS    NET DISBURSEMENTS    ACCOUNT BALANCE
Checking Account - ********0479     47,014.34        594.72        46,419.62
                                    -----------------------    -----------------------    -----------------------
                                    47,014.34        594.72        46,419.62
                                    =============    =============    =============
                                    (Excludes Account Transfers)   (Excludes Payments To Debtors)   Total Funds On Hand

Page Subtotals                      47,014.34        594.72

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*
LFORM24
Ver: 20.00j

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   2

Exhibit B

| Case No: | 17-29532  -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | BREUGELMANS, JOHN | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0479  Checking Account |
| Taxpayer ID No: | *******8323 | | | |
| For Period Ending: | 09/27/18 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | Page Subtotals | 0.00 | 0.00 |

| | | | EXHIBIT A | | | |
|---|---|---|---|---|---|---|
| Page 1 | | | ANALYSIS OF CLAIMS REGISTER | | | Date: September 27, 2018 |

Case Number:   17-29532
Debtor Name:   BREUGELMANS, JOHN

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | COHEN & KROL<br>105 West Madison Street<br>Chicago, IL 60602 | Administrative | | $3,775.75 | $0.00 | $3,775.75 |
| 001<br>2100-00 | JOSEPH E. COHEN, Trustee<br>105 West Madison Street<br>Chicago, IL 60602 | Administrative | | $5,465.46 | $0.00 | $5,465.46 |
| 000002A<br>040<br>5800-00 | Department of Treasury-Internal Revenue<br>Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Priority | | $306.67 | $0.00 | $306.67 |
| 000001<br>070<br>7100-00 | Amos Financial LLC<br>3330 Skokie Valley Road<br>Suite 301<br>Highland Park, IL 60035 | Unsecured | | $1,327,895.80 | $0.00 | $1,327,895.80 |
| 000002B<br>070<br>7100-00 | Dept. of Treasury - Internal Revenue<br>Service<br>P. O. Box 7346<br>Philadelphia, PA 19101-7346 | Unsecured | | $2,918.54 | $0.00 | $2,918.54 |
| 000003<br>070<br>7100-00 | Ronald L Boorstein<br>150 South Wacker Dr Ste 2100<br>Chicago, IL 60606 | Unsecured | | $75,799.74 | $0.00 | $75,799.74 |
| | Case Totals: | | | $1,416,161.96 | $0.00 | $1,416,161.96 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 17-29532
Case Name: BREUGELMANS, JOHN
Trustee Name: JOSEPH E. COHEN

Balance on hand                                              $           46,419.62

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ 5,451.43 | $ 0.00 | $ 5,451.43 |
| Trustee Expenses: JOSEPH E. COHEN | $ 14.03 | $ 0.00 | $ 14.03 |
| Attorney for Trustee Fees: COHEN & KROL | $ 3,775.75 | $ 0.00 | $ 3,775.75 |

Total to be paid for chapter 7 administrative expenses     $           9,241.21

Remaining Balance                                          $           37,178.41

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 306.67  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002A | Department of Treasury-Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346 | $ 306.67 | $ 0.00 | $ 306.67 |

Total to be paid to priority creditors      $ 306.67

Remaining Balance      $ 36,871.74

       The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

       Timely claims of general (unsecured) creditors totaling $ 1,406,614.08  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.6 percent, plus interest (if applicable).

       Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Amos Financial LLC 3330 Skokie Valley Road Suite 301 Highland Park, IL 60035 | $ 1,327,895.80 | $ 0.00 | $ 34,808.29 |
| 000003 | Ronald L Boorstein 150 South Wacker Dr Ste 2100 Chicago, IL 60606 | $ 75,799.74 | $ 0.00 | $ 1,986.95 |
| 000002B | Dept. of Treasury - Internal Revenue Service P. O. Box 7346 Philadelphia, PA 19101-7346 | $ 2,918.54 | $ 0.00 | $ 76.50 |

Total to be paid to timely general unsecured creditors      $ 36,871.74

Remaining Balance      $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE