IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **JOHN BREUGELMANS,** | ) | No. 17-29532 |
| | ) | |
| Debtor(s) | ) | |

**PROOF OF SERVICE**

TO:   See Attached List

   I, JOSEPH E. COHEN, state that copies of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, was sent on October 11, 2018 by First Class U.S. Mail and/or ECF to the persons shown on the attached service list.

JOSEPH E. COHEN
COHEN & KROL
105 West Madison Street
Suite 1100
Chicago, IL   60602
312-368-0300            BY:/s/ Joseph E. Cohen

Amos Financial LLC
3330 Skokie Valley Road
Suite 301
Highland Park, IL 60035-1044

Department of Treasury-Internal Revenue Serv
PO Box 7346
Philadelphia, PA 19101-7346

John Breugelmans
10 Hidden Brook Dr.
North Barrington, IL 60010-6913

John P Dickson
Dickson Law Group,LLC
4 E. Terra Cotta Ave.
Crystal Lake, IL 60014-3622

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

Ronald L Boorstein
150 South Wacker Dr Ste 2100
Chicago, IL 60606-4202