UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| BREUGELMANS, JOHN | § | Case No. 17-29532 |
| | § | |
| Debtor | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 960,732.00 *(Without deducting any secured claims)* | Assets Exempt: 19,025.00 |
| Total Distributions to Claimants: 37,178.41 | Claims Discharged Without Payment: 1,429,900.86 |
| Total Expenses of Administration: 9,835.93 | |

3) Total gross receipts of $ 47,014.34 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 47,014.34 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 2,567,526.23 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 9,835.93 | 9,835.93 | 9,835.93 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 306.67 | 306.67 | 306.67 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 60,158.52 | 1,406,614.08 | 1,406,614.08 | 36,871.74 |
| **TOTAL DISBURSEMENTS** | $ 2,627,684.75 | $ 1,416,756.68 | $ 1,416,756.68 | $ 47,014.34 |

4) This case was originally filed under chapter 7 on 10/02/2017. The case was pending for 14 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  11/13/2018         By:/s/JOSEPH E. COHEN
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Liquidation of Other Schedule B Personal Property (not listed above) | 1129-000 | 33,850.00 |
| First American BankLocation: 10 Hidden Brook Dr., | 1129-000 | 13,164.34 |
| **TOTAL GROSS RECEIPTS** | | **$47,014.34** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Amos Financial, LLC 3330 Skokie Valley Rd., #301 Highland Park, IL 60035 | | 1,395,756.22 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America Attn: Bankruptcy Department 475 Cross Point Pkwy, PO Box 9000 Getzville, NY 14068-9000 | | 1,171,770.01 | NA | NA | 0.00 |
| | Jaguar Credit Po Box 680020 Attn: Bankruptcy Franklin, TN 37068 | | 0.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 2,567,526.23** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:JOSEPH E. COHEN, TRUSTEE | 2100-000 | NA | 5,451.43 | 5,451.43 | 5,451.43 |
| TRUSTEE COMPENSATION:JOSEPH E. COHEN, TRUSTEE | 2200-000 | NA | 14.03 | 14.03 | 14.03 |
| ASSOCIATED BANK | 2600-000 | NA | 222.52 | 222.52 | 222.52 |
| CAROL RABER & ASSOCIATES | 2990-000 | NA | 372.20 | 372.20 | 372.20 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ATTORNEY FOR TRUSTEE FEES (TRUSTEE FIRM):COHEN & KROL | 3110-000 | NA | 2,517.17 | 2,517.17 | 2,517.17 |
| ATTORNEY FOR TRUSTEE FEES (TRUSTEE FIRM):JOSEPH E. COHEN | 3110-000 | NA | 1,258.58 | 1,258.58 | 1,258.58 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 9,835.93 | $ 9,835.93 | $ 9,835.93 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002A | DEPARTMENT OF TREASURY - INTERNAL R | 5800-000 | NA | 306.67 | 306.67 | 306.67 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 306.67 | $ 306.67 | $ 306.67 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bruning and Associates, P.C. 333 Commerce Dr., Ste. 900 Crystal Lake, IL 60014 | | 0.00 | NA | NA | 0.00 |
| | Chase Card Attn: Correspondence Dept Po Box 15298 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Lasalle Bk 1350 East Touhy Des Plaines, IL 60018 | | 0.00 | NA | NA | 0.00 |
| | Law Office of Ronald L. Boorstein 150 S. Wacker Dr., Ste. 2100 Chicago, IL 60606 | | 60,158.52 | NA | NA | 0.00 |
| | Roth Melei 454 W. Virginia St., #100 Crystal Lake, IL 60014 | | 0.00 | NA | NA | 0.00 |
| 000001 | AMOS FINANCIAL LLC | 7100-000 | NA | 1,327,895.80 | 1,327,895.80 | 34,808.29 |
| 000002B | DEPARTMENT OF TREASURY - INTERNAL R | 7100-000 | NA | 2,918.54 | 2,918.54 | 76.50 |
| 000003 | RONALD L BOORSTEIN | 7100-000 | NA | 75,799.74 | 75,799.74 | 1,986.95 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 60,158.52 | $ 1,406,614.08 | $ 1,406,614.08 | $ 36,871.74 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 17-29532 | ABG | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|---|
| Case Name: | BREUGELMANS, JOHN | | | Date Filed (f) or Converted (c): | 10/02/17 (f) |
| | | | | 341(a) Meeting Date: | 11/09/17 |
| For Period Ending: | 11/13/18 | | | Claims Bar Date: | 07/30/18 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single-family home, Valuation per Lake Co. for pr | 975,357.00 | 0.00 | | 0.00 | FA |
| 2. 2014 Jaguar XJR (LEASED AUTO. Location: 10 Hidden | 0.00 | 0.00 | | 0.00 | FA |
| 3. (Old electric golf cart. Location: 10 Hidden Brook | 350.00 | 0.00 | | 0.00 | FA |
| 4. Household goods and furnishings at replacement val | 1,500.00 | 0.00 | | 0.00 | FA |
| 5. 13 year old Sony flat screen TV. 47" Location: 10 | 50.00 | 0.00 | | 0.00 | FA |
| 6. "36 flatscreen TV. 10 years old Location: 10 Hidde | 50.00 | 0.00 | | 0.00 | FA |
| 7. Asus desktop computer with LCD monitor, keyboard, | 10.00 | 0.00 | | 0.00 | FA |
| 8. HP multifunction 8610 printer/scanner Location: 10 | 25.00 | 0.00 | | 0.00 | FA |
| 9. Treadmill. Location: 10 Hidden Brook Dr., North Ba | 25.00 | 0.00 | | 0.00 | FA |
| 10. Debtor's necessary wearing apparel Location: 10 Hi | 25.00 | 0.00 | | 0.00 | FA |
| 11. Two (2) housecats. Location: 10 Hidden Brook Dr., | 0.00 | 0.00 | | 0.00 | FA |
| 12. Cash | 20.00 | 0.00 | | 0.00 | FA |
| 13. First American BankLocation: 10 Hidden Brook Dr., | 5,500.00 | 0.00 | | 13,164.34 | FA |
| 14. RPD Project Management, LLC Location: 10 Hidden Br | 44,000.00 | 0.00 | | 33,850.00 | FA |
| 15. Lakeland Asset Management, LLC Location: 10 Hidden | 0.00 | 0.00 | | 0.00 | FA |
| 16. Kingsdale Enterprises, LLC Location: 10 Hidden Bro | 0.00 | 0.00 | | 0.00 | FA |
| 17. Aston Realty, LLC Location: 10 Hidden Brook Dr., N | 0.00 | 0.00 | | 0.00 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $1,026,912.00 | $0.00 | | $47,014.34 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

LFORM1

UST Form 101-7-TDR (10/1/2010)  (Page: 8)

Ver: 20.02

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 17-29532   ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | BREUGELMANS, JOHN | Date Filed (f) or Converted (c): | 10/02/17 (f) |
| | | 341(a) Meeting Date: | 11/09/17 |
| | | Claims Bar Date: | 07/30/18 |

TRUSTEE HAS FILED HIS FINAL REPORT - 10/30/18. TRUSTEE HAS REQUESTED BOOKS AND RECORDS FROM DEBTOR AND FILING MOTION FOR TURNOVER OF FUNDS IN BANK ACCOUNT - 1/11/2018.

Initial Projected Date of Final Report (TFR): 04/30/19         Current Projected Date of Final Report (TFR): 04/30/19

FORM 2

Page: 1

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 17-29532 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | BREUGELMANS, JOHN | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******0479  Checking Account |
| Taxpayer ID No: | *******8323 | | |
| For Period Ending: | 11/13/18 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/22/18 | 13 | JOHN BREUGELMANS | BANK ACCOUNT PROCEEDS | 1129-000 | 13,164.34 | | 13,164.34 |
| 03/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 13,154.34 |
| 04/06/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.55 | 13,134.79 |
| 05/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.90 | 13,115.89 |
| 06/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.50 | 13,096.39 |
| 07/03/18 | | John Breugelmans | Bank proceeds from RPD Project Man. Proceeds from bank accounts | 1129-000 | 33,850.00 | | 46,946.39 |
| 07/09/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.84 | 46,927.55 |
| 08/01/18 | 300001 | Carol Raber & Associates 2131 Center Avenue Northbrook, IL 60062 | Court Reporter Court Reporter | 2990-000 | | 372.20 | 46,555.35 |
| 08/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 66.51 | 46,488.84 |
| 09/10/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 69.22 | 46,419.62 |
| * 10/26/18 | 300002 | COHEN & KROL 105 West Madison Street Chicago, IL 60602 | Attorney for Trustee fees | 3110-003 | | 2,517.17 | 43,902.45 |
| * 10/26/18 | 300002 | COHEN & KROL 105 West Madison Street Chicago, IL 60602 | Attorney for Trustee fees | 3110-003 | | -2,517.17 | 46,419.62 |
| * 10/26/18 | 300003 | JOSEPH E. COHEN, Trustee 105 West Madison Street Chicago, IL 60602 | Trustee Fees Trustee Fees | | | 5,465.46 | 40,954.16 |
| | | | Fees          5,451.43 | 2100-003 | | | |
| | | | Expenses       14.03 | 2200-003 | | | |
| * 10/26/18 | 300003 | JOSEPH E. COHEN, Trustee 105 West Madison Street Chicago, IL 60602 | Trustee Fees | | | -5,465.46 | 46,419.62 |
| | | | Fees     (    5,451.43 ) | 2100-003 | | | |

Page Subtotals       47,014.34       594.72

Ver: 20.02

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 17-29532 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | BREUGELMANS, JOHN | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******0479  Checking Account |
| Taxpayer ID No: | *******8323 | | |
| For Period Ending: | 11/13/18 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Expenses   (   14.03  ) | 2200-003 | | | |
| * 10/26/18 | 300004 | JOSEPH E. COHEN<br>105 West Madison Street<br>Chicago, IL 60602 | Attorney for Trustee fees | 3110-003 | | 1,258.58 | 45,161.04 |
| * 10/26/18 | 300004 | JOSEPH E. COHEN<br>105 West Madison Street<br>Chicago, IL 60602 | Attorney for Trustee fees | 3110-003 | | -1,258.58 | 46,419.62 |
| * 10/26/18 | 300005 | Department of Treasury-Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Claim 000002A, Payment 100.00000% | 5800-003 | | 306.67 | 46,112.95 |
| * 10/26/18 | 300005 | Department of Treasury-Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Claim 000002A, Payment 100.00000% | 5800-003 | | -306.67 | 46,419.62 |
| * 10/26/18 | 300006 | Amos Financial LLC<br>3330 Skokie Valley Road<br>Suite 301<br>Highland Park, IL 60035 | Claim 000001, Payment 2.62131%<br>(1-1) Account Number (last 4 digits):7172 | 7100-003 | | 34,808.29 | 11,611.33 |
| * 10/26/18 | 300006 | Amos Financial LLC<br>3330 Skokie Valley Road<br>Suite 301<br>Highland Park, IL 60035 | Claim 000001, Payment 2.62131% | 7100-003 | | -34,808.29 | 46,419.62 |
| * 10/26/18 | 300007 | Dept. of Treasury - Internal Revenue Service<br>P. O. Box 7346<br>Philadelphia, PA 19101-7346 | Claim 000002B, Payment 2.62117% | 7100-003 | | 76.50 | 46,343.12 |
| * 10/26/18 | 300007 | Dept. of Treasury - Internal Revenue Service<br>P. O. Box 7346 | Claim 000002B, Payment 2.62117% | 7100-003 | | -76.50 | 46,419.62 |

Page Subtotals    0.00    0.00

Ver: 20.02

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*

FORM 2

Page: 3

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 17-29532 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | BREUGELMANS, JOHN | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******0479  Checking Account |
| Taxpayer ID No: | *******8323 | | |
| For Period Ending: | 11/13/18 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 10/26/18 | 300008 | Ronald L Boorstein<br>150 South Wacker Dr Ste 2100<br>Chicago, IL 60606<br>Philadelphia, PA 19101-7346 | Claim 000003, Payment 2.62132% | 7100-003 | | 1,986.95 | 44,432.67 |
| * 10/26/18 | 300008 | Ronald L Boorstein<br>150 South Wacker Dr Ste 2100<br>Chicago, IL 60606 | Claim 000003, Payment 2.62132% | 7100-003 | | -1,986.95 | 46,419.62 |
| 10/26/18 | 300009 | COHEN & KROL<br>105 West Madison Street<br>Chicago, IL 60602 | Attorney for Trustee fees | 3110-000 | | 2,517.17 | 43,902.45 |
| 10/26/18 | 300010 | JOSEPH E. COHEN, Trustee<br>105 West Madison Street<br>Chicago, IL 60602 | Trustee Fees<br>Trustee Fees | | | 5,465.46 | 38,436.99 |
| | | | Fees         5,451.43 | 2100-000 | | | |
| | | | Expenses        14.03 | 2200-000 | | | |
| 10/26/18 | 300011 | JOSEPH E. COHEN<br>105 West Madison Street<br>Chicago, IL 60602 | Attorney for Trustee fees | 3110-000 | | 1,258.58 | 37,178.41 |
| 10/26/18 | 300012 | Department of Treasury-Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Claim 000002A, Payment 100.00000% | 5800-000 | | 306.67 | 36,871.74 |
| 10/26/18 | 300013 | Amos Financial LLC<br>3330 Skokie Valley Road<br>Suite 301<br>Highland Park, IL 60035 | Claim 000001, Payment 2.62131%<br>(1-1) Account Number (last 4 digits):7172 | 7100-000 | | 34,808.29 | 2,063.45 |
| 10/26/18 | 300014 | Dept. of Treasury - Internal Revenue Service<br>P. O. Box 7346<br>Philadelphia, PA 19101-7346 | Claim 000002B, Payment 2.62117% | 7100-000 | | 76.50 | 1,986.95 |

Page Subtotals        0.00       44,432.67

Ver: 20.02

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*

FORM 2 Page: 4
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD Exhibit 9

| Case No: | 17-29532 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | BREUGELMANS, JOHN | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******0479  Checking Account |
| Taxpayer ID No: | *******8323 | | |
| For Period Ending: | 11/13/18 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/26/18 | 300015 | Ronald L Boorstein<br>150 South Wacker Dr Ste 2100<br>Chicago, IL 60606 | Claim 000003, Payment 2.62132% | 7100-000 | | 1,986.95 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 47,014.34 | 47,014.34 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 47,014.34 | 47,014.34 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 47,014.34 | 47,014.34 | |
| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - *******0479 | 47,014.34 | 47,014.34 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 47,014.34 | 47,014.34 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     1,986.95

Ver: 20.02